UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,

-vs-                                              Case No. 1:16-cr-00028-WTH-GRJ-2

JAMEL JOHNSON,

    DEFENDANT.
_____/

## **O R D E R**

Pursuant to N.D. Fla. Loc. R. 72.3, and by the consent of Defendant, this matter was referred to the Magistrate Judge for the taking of a guilty plea. ECF No. 29. This cause now comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 29, 2017, ECF No. 36. Pursuant to the Report and Recommendation, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Federal Rule of Criminal Procedure 11, the Report and Recommendation of the Magistrate Judge, ECF No. 36, is accepted and incorporated herein by reference. The Court accepts the guilty plea of defendant, Jamel Johnson, withholds formal adjudication at this time, and directs the clerk to set sentencing

x

x

by separate notice.

IT IS SO ORDERED.

DONE and ORDERED at Gainesville, Florida this 13th day of April, 2017.

_____
**UNITED STATES DISTRICT JUDGE**